IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

A & M INVESTSMENTS, LLC, SUREKAH PATEL
AND TRISHAN, LLC                                                                            APPELLANTS

VS.                                                         CIVIL ACTION No: 3:15-CV-539 HTW-LRA

MICHAEL WILLIAM KIRTLEY
AND LEIGH LANEY KIRTLEY                                                             APPELLEES

## ORDER

Before the court are two unopposed motions: (1) a motion to set the briefing schedule and extend deadlines [docket no. 5], filed by appellants A&M Investments, LLC, Surekah Patel, and Trishan, LLC, and (2) a motion to extend filing of rebuttal brief deadline and to set briefing schedule [docket no. 7], filed by appellees, Michael William Kirtley and Leigh Laney Kirtley.

Because the appellees' second-filed motion to extend the deadline for filing the rebuttal brief [docket no. 7] supersedes the appellants' first-filed motion to set the briefing schedule [docket no. 5], the court hereby declares the latter moot.

As to the former, the appellees' motion to set the briefing schedule and extend deadlines, the court hereby grants this motion. The court will allow the parties to proceed in the manner requested. That is, the appellees must file their rebuttal brief by November 15, 2015, and the appellants must file their reply brief by December 4, 2015.

**SO ORDERED AND ADJUDGED**, this, the 30th day of October, 2015.

                                                            s/ HENRY T. WINGATE
                                                            **UNITED STATES DISTRICT COURT JUDGE**