UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

A & M INVESTMENTS, LLC, SUREKAH PATEL
AND TRISHAN, LLC                                                                APPELLANTS

V.                                          CASE NO. 3:15-cv-00539-HTW-LRA

MICHAEL WILLIAM KIRTLEY
AND LEIGH LANEY KIRTLEY                                                     APPELLEES

## AGREED ORDER EXTENDING BRIEFING SCHEDULE DEADLINE

Came now, the parties, on the Unopposed Motion to Extend Briefing Schedule Deadline filed by Appellants [Dkt. No. 12], and the Court, finding that the parties are in agreement, and otherwise being fully advised on the premises finds and orders the following briefing schedule:

The Appellants shall file their reply brief on or prior to January 19, 2015.

So ordered, this the 12 day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE

Agreed:

s/R. Michael Bolen
_____
R. Michael Bolen (MSB #3615)
HOOD & BOLEN, PLLC
ATTORNEYS AT LAW
3770 Highway 80 West
Jackson, MS 39209
**Counsel for Appellants**

s/Kevin A. Rogers
_____
Roy H. Liddell (MSB # 1252)
Kevin A. Rogers (MSB #101230)
WELLS MARBLE & HURST, PLLC
300 Concourse Boulevard, Suite 200
Ridgeland, Mississippi 39157
rliddell@wellsmar.com
krogers@wellsmar.com
**Counsel for Appellees**